## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

---

**KATHRYN A. BRADLEY**,                              **Civil File No. 11-CV-2144 JAR/DJW**

      Plaintiff,

vs.                                                                      **NOTICE OF DISMISSAL**
                                                                              **WITH PREJUDICE**

**CFS II INC**,

      Defendant.

---

      **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.


      Respectfully submitted,


Dated:  __April 26, 2011_____                    ___/s/ J. Mark Meinhardt_____
                                                                     J. Mark Meinhardt KS # 20245
                                                                     4707 College Blvd, Suite 100
                                                                     Leawood, KS 66211
                                                                     (913) 451-9797 (Telephone)
                                                                     (913) 451-6163 (Facsimile)
                                                                     meinhardtlaw@sbcglobal.net

                                                                     **ATTORNEY FOR PLAINTIFF**